UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRANDON W. LEIGH | : | Case No. 3:24-cv-192 |
| Petitioner, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Elizabeth P. Deavers |
| WARDEN, LONDON CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. NO. 28); TERMINATING ACTION

This case is currently before the Court on the Report and Recommendations ("Report") (Doc. No. 28) issued by Magistrate Judge Elizabeth P. Deavers. In the Report, Magistrate Judge Deavers recommends that Petitioner Brandon W. Leigh's ("Leigh") petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. Nos. 1-1 & 19) be denied with prejudice. (Doc. No. 28 at PageID 1802-03.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Deavers' Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 28).

It is therefore **ORDERED** that:

1. Leigh's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. Nos. 1-1 & 19) is **DENIED WITH PREJUDICE**;

2. The Court finds that Leigh has not stated a viable claim or presented an issue deserving of appellate review. Therefore, the Court **DENIES** Leigh a certificate of appealability regarding this Order;

3. The Court finds that any appeal of this Order would not be taken in good faith. Therefore, the Court **DENIES** Leigh leave to appeal this Order *in forma pauperis*; and,

4. The Clerk is hereby directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, January 8, 2026.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE